IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma R. Piedrasanta,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-23-00734-PHX-JJT (CDB)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 19, "R&R") entered by United States Magistrate Judge Camille D. Bibles, that recommends the Court affirm the Commissioner's denial of disability-based benefits and dismiss the Complaint (Doc. 1) with prejudice. Plaintiff filed timely objections to the R&R (Doc. 20). The Commissioner did not file a response.

The court will overrule the Objections and adopt Judge Bibles's recommendations in full. In a thorough 46-page treatment, Judge Bibles lays out in detail and with accuracy how the ALJ gave sufficient reasons for 1) discounting the symptom testimony and 2) discounting the assessment of Dr. King. Plaintiff argues Judge Bibles invents "claims that have no basis in the record," searches for minor inconsistencies upon which to uphold the ALJ's conclusions, and otherwise overlooks deficiencies in the ALJ's findings. The Court is not persuaded. The ALJ gave sufficient and relevant reasons for each finding. The Court will not substitute its evaluation of the evidence or its judgment for that of the ALJ.

1     **IT IS ORDERED** overruling Plaintiff's Objections (Doc. 20) and adopting in
2 whole Judge Bibles's Report and Recommendation (Doc. 19).

3     **IT IS FURTHER ORDERED** affirming the Commissioner's denial of disability
4 benefits and dismissing with prejudice the Complaint (Doc. 1).

5     **IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and
6 close this matter.

7     Dated this 30th day of September, 2024.

Honorable John J. Tuchi
United States District Judge